

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00265-CV

———————————————

IN RE ASHTON LECOMTE, Relator

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 23-8550-431

Before Sudderth, C.J., Kerr and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: June 12, 2024